JOHN R. BAILEY
Nevada Bar No. 0137
PAUL C. WILLIAMS
Nevada Bar No. 12524
ISABEL C. OSORIO
Nevada Bar No. 16949
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JBailey@BaileyKennedy.com
PWilliams@BaileyKennedy.com
IOsorio@BaileyKennedy.com

*Attorneys for Defendant E7 Health LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BRITTANIA HUDSON, an individual,

Plaintiff,

vs.

E7 HEALTH LLC, a Nevada limited liability company,

Defendant.

Case No. 2:26-cv-02575-RFB-NJK

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**

**(FIRST REQUEST)**

Plaintiff Brittania Hudson ("Plaintiff") and Defendant E7 Health LLC ("Defendant") hereby stipulate and agree as follows:

1. Plaintiff filed her Complaint for Damages on August 18, 2026. (ECF No. 1.)

2. Defendant was served with the Complaint and Summons on August 27, 2026.

3. The current deadline for Defendant to file its response to the Complaint is September 17, 2026.

4. To accommodate the schedule of Defendant's counsel, the Parties stipulate and agree to extend the deadline for Defendant to file its response to the Complaint by two weeks, extending the deadline from September 17, 2026 to October 1, 2026.

5. This is the first requested extension of Defendant's deadline to file a response to the Complaint.



BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

6. This stipulation is made in good faith and not to delay the proceedings.

Dated this 17th day of September, 2026.

**BAILEY❖KENNEDY**

By: /s/ Paul C. Williams
JOHN R. BAILEY
PAUL C. WILLIAMS
ISABEL C. OSORIO
*Attorneys for Defendant E7 Health LLC*

Dated this 17th day of September, 2026.

**GREENBERG GROSS LLP**

By: /s/ Eric K. Lundy
MATTHEW T. HALE
ERIC K. LUNDY
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff Brittania Hudson*

**IT IS SO ORDERED:**

The Court **GRANTS** this stipulation as a one-time courtesy. Moving forward, more information must be provided beyond reference to a need to accommodate counsel's schedule.

United States Magistrate Judge

DATED: September 17, 2026

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820